DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IDEAL IMAGE DEVELOPMENT CORPORATION, A FLORIDA
CORPORATION, AND IDEAL IMAGE OF OHIO, LLC, A FOREIGN
CORPORATION,

Appellant,

v.

FLORENCE STEWART,

Appellee.

No. 2D21-2995

_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

William P. Cassidy and Nicole Deese Newlon of Johnson, Cassidy,
Newlow & DeCort, P.A., Tampa, for Appellants.

Nicole B. Dunlap of Littler Mendelson P.C., Orlando, for Appellee.

PER CURIAM.

　　Affirmed.

KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.